

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00671-CR

Taylor Eugene **KREGEAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2572-CR-C
Honorable Jessica Crawford, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED, and counsel's motion to withdraw is GRANTED.

SIGNED June 14, 2023.

Luz Elena D. Chapa, Justice